# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

SONOC COMPANY, LLC,

        Plaintiff,

v.                                          Case No.   3:23-cv-734-MMH-LLL

COASTAL TRIAL ATTORNEYS
LLC, d/b/a NocLawyer.com, and
ALBERT P. MOLLO,

        Defendants.

_____

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal (Dkt. No. 9; Notice) filed on August 2, 2023.   In the Notice, Plaintiff requests dismissal of this matter without prejudice.   <u>See</u> Notice at 1.   Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment.   Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1.    This case is **DISMISSED without prejudice**.

2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of August, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record